IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROADCAST MUSIC, INC.,
MJ PUBLISHING TRUST d/b/a
MIJAC MUSIC, MJ PUBLISHING
TRUST d/b/a MIRAN PUBLISHING
INC., BLUES TRAVELER
PUBLISHING CORPORATION,
WARNER-TAMERLANE
PUBLISHING CORP., ZOMBIES
ATE MY PUBLISHING,
FORTHEFALLEN PUBLISHING,
CHRYSALIS ONE AMERICA LLC
d/b/a CHRYSALIS ONE SONGS,
SONY/ATV SONGS LLC d/b/a
SONY/ATV TREE PUBLISHING,
NASHVILLE STAR MUSIC, A
DIVISION OF REVEILLE MUSIC
PUBLISHING LLP, CARNIVAL
MUSIC COMPANY d/b/a
TILTAWHIRL MUSIC,

     Plaintiffs,

v.               Case No.: 13-cv-179

DEFOSSE PROPERTIES, LLC d/b/a
SHOWBOAT SALOON and
JESSE R. DEFOSSE, Individually,

     Defendants.

---

### ENTRY OF DEFAULT

---

  The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendants in the above-captioned matter, Defosse Properties, LLC d/b/a Showboat Saloon and Jesse R. Defosse, have failed to appear or otherwise defend as provided under the Fed. R. Civ. P.;

  The Clerk hereby enters the default of Defendants Defosse Properties, LLC d/b/a Showboat Saloon and Jesse R. Defosse pursuant to Rule 55(a) of the Fed. R. Civ. P.

  Dated this 28th day of May, 2013.

                        _____
                        PETER OPPENEER, Clerk of Court