UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BROADCAST MUSIC, INC.; MJ
PUBLISHING TRUST d/b/a MIJAC
MUSIC; MJ PUBLISHING TRUST
d/b/a MIRAN PUBLISHING INC.;
BLUES TRAVELER PUBLISHING
CORPORATION; WARNER-TAMERLANE
PUBLISHING CORP.; ZOMBIES ATE
MY PUBLISHING; FORTHEFALLEN
PUBLISHING; CHRYSALIS ONE
AMERICA LLC d/b/a CHRYSALIS
ONE SONGS; SONY/ATV SONGS LLC
d/b/a SONY/ATV TREE
PUBLISHING; NASHVILLE STAR
MUSIC, A DIVISION OF REVEILLE
MUSIC PUBLISHING LLP;
CARNIVAL MUSIC COMPANY d/b/a
TILTAWHIRL MUSIC,

    Plaintiffs,       Case No. 13-cv-179

  v.

DEFOSSE PROPERTIES, LLC d/b/a
SHOWBOAT SALOON; JESSE R.
DEFOSSE, individually,

    Defendants.

### ORDER OF JUDGMENT

  This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

  Plaintiffs' Motion for Default Judgment against Defendants DEFOSSE PROPERTIES, LLC d/b/a Showboat Saloon and Jesse R. DeFosse is granted, this Court finding that Defendants

WHD/9511178.1

knowingly and intentionally infringed upon the copyrights of seven (7) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants DEFOSSE PROPERTIES, LLC d/b/a Showboat Saloon and Jesse R. DeFosse, jointly and severally, statutory damages in the amount of Five Thousand Dollars ($5,000.00) for each of the seven (7) musical compositions, for a total of Thirty-Five Thousand Dollars ($35,000.00), pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants DEFOSSE PROPERTIES, LLC d/b/a Showboat Saloon and Jesse R. DeFosse, jointly and severally, full costs in this action, including reasonable attorneys' fees in the amount of $5,000.00, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants DEFOSSE PROPERTIES, LLC d/b/a Showboat Saloon and Jesse R. DeFosse, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants DEFOSSE PROPERTIES, LLC d/b/a Showboat Saloon and Jesse R. DeFosse and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: June 19, 2013.

*Barbara B. Crabb*
UNITED STATES DISTRICT JUDGE

Judgment entered this 19th day of June, 2013.

*Peter Oppeneer*
Peter Oppeneer
Clerk of Court

3